# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fulton,, Thomas H. | U.S. Bankruptcy Court | 07/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
601 West Broadway, Suite 528
Louisville, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AMERIPRISE FINANCIAL | | | | | | | | | |
| 2. First Eagle Global CL A | A | Dividend | J | T | | | | | |
| 3. Hilliard Lyons Trust Account | | | | | | | | | |
| 4. Abbvie Inc | A | Dividend | K | T | | | | | |
| 5. Allergan Plc cap stk | A | Dividend | J | T | Buy<br>(add'l) | 10/02/18 | J | | |
| 6. Alphabet | A | Dividend | J | T | | | | | |
| 7. Berkshire Hathaway | A | Dividend | K | T | | | | | |
| 8. Cisco | A | Dividend | J | T | | | | | |
| 9. Disney Walt | A | Dividend | K | T | | | | | |
| 10. Exxon Mobile | A | Dividend | J | T | | | | | |
| 11. Pepsico | A | Dividend | K | T | | | | | |
| 12. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 13. Walgreens Co. | A | Dividend | K | T | | | | | |
| 14. Goldmans Sach Financial Square Federal Fund | A | Int./Div. | K | T | Sold<br>(part) | 03/31/18 | J | A | |
| 15. | | | | | Buy<br>(add'l) | 03/31/18 | J | | |
| 16. Johnson & Johnson Co. | A | Dividend | K | T | | | | | |
| 17. TJX Companies | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 19. Miscrosoft Corp | A | Dividend | K | T | Sold (part) | 10/02/18 | K | E | |
| 20. Home Depot | A | Dividend | K | T | | | | | |
| 21. Chevron Corp | A | Dividend | K | T | | | | | |
| 22. CVS Caremark Corp | A | Dividend | K | T | | | | | |
| 23. US Bancorp Del Com | A | Dividend | J | T | | | | | |
| 24. Ishare TR S&P 400 Value | A | Dividend | J | T | | | | | |
| 25. VanGuard Index Small Cap ETF | A | Dividend | J | T | | | | | |
| 26. VanGuard FTSE Emering Mrkt ETF | A | Dividend | | | Sold | 02/21/18 | J | B | |
| 27. Southern Co. | A | Dividend | | | Sold | 02/21/18 | J | B | |
| 28. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 29. Expediors Intl | A | Dividend | J | T | | | | | |
| 30. International Business Machs Corp | A | Dividend | J | T | | | | | |
| 31. Artisan International | A | Dividend | K | T | | | | | |
| 32. Dodge & Cox International Stock | A | Dividend | K | T | | | | | |
| 33. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 34. Apple, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fastenal Co Com | A | Dividend | K | T | Buy (add'l) | 10/04/18 | J | | |
| 36. Northern Tr Corp Com | A | Dividend | J | T | | | | | |
| 37. Wells Fargo & Co. New Com | A | Dividend | J | T | | | | | |
| 38. Wells Fargo Emerging Markets Equity Fund | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 39. HILLIARD LYONS BROKERAGE ACCT #1 | | | | | | | | | |
| 40. Hilliard Lyons Govt. Fund | A | Dividend | M | T | Buy (add'l) | 10/30/18 | M | | |
| 41. Bar Harbor Bankshares | A | Dividend | J | T | | | | | |
| 42. Connecticut WTR Svc, Inc | A | Dividend | J | T | | | | | |
| 43. Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 44. Walt Disney Stock | A | Dividend | L | T | | | | | |
| 45. Home Depot Stock | A | Dividend | L | T | | | | | |
| 46. International Paper | A | Dividend | K | T | | | | | |
| 47. Kimberely-Clark Corp Stock | A | Dividend | K | T | | | | | |
| 48. Microsoft | A | Dividend | K | T | | | | | |
| 49. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 50. Colgate-Palmolive Co. | A | Dividend | K | T | | | | | |
| 51. Comcast Corp Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Corning, Inc. | A | Dividend | J | T | | | | | |
| 53. Janus Cap Group | A | Dividend | J | T | | | | | |
| 54. Motorcar parts of America | A | Dividend | K | T | | | | | |
| 55. Summer Infant | A | Dividend | J | T | | | | | |
| 56. O Reily Automotive, Inc. | A | Dividend | J | T | | | | | |
| 57. Zoetis, Inc. | A | Dividend | J | T | | | | | |
| 58. Core Molding Tech Inc | A | Dividend | J | T | | | | | |
| 59. Avanos Med Inc formerly known as (Hallyard Health Inc) | A | Dividend | J | T | | | | | |
| 60. Veritiv Corp | A | Dividend | J | T | | | | | |
| 61. Hennessy Advisors Inc | A | Dividend | J | T | | | | | |
| 62. Napco Security | A | Distribution | J | T | | | | | |
| 63. Middleby Corp | A | Dividend | J | T | Buy (add'l) | 05/16/18 | J | | |
| 64. Big Lots Inc | A | Dividend | J | T | | | | | |
| 65. Stifel Financial Corp | A | Dividend | K | T | Buy | 11/13/18 | K | | |
| 66. Ultralife Corporation | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 67. Tenn Valley Auth Electronotes Callable | A | Int./Div. | K | T | Buy | 10/30/18 | K | | |
| 68. HILLIARD LYONS BROKERAGE ACCT #2 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Walmart | A | Dividend | J | T | | | | | |
| 70. Lincoln Natil life Ins American Legacy III Var. Annuity- growth Inc. | A | Dividend | K | T | | | | | |
| 71. Lincoln Natil life Ins American Legacy III Var. Annuity- Growth | A | Dividend | L | T | | | | | |
| 72. Hilliard Lyons Govt Fund | A | Dividend | J | T | | | | | |
| 73. DowDupont inc | A | Dividend | K | T | | | | | |
| 74. QualComm, Inc. | A | Dividend | K | T | | | | | |
| 75. Oracle Corp | A | Dividend | K | T | | | | | |
| 76. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 77. Janus Henderson Group PLC | A | Dividend | J | T | | | | | |
| 78. Motorcar Parts of America | A | Dividend | K | T | | | | | |
| 79. Stifel Financial Corp | A | Dividend | J | T | | | | | |
| 80. Summer Infant Inc. | A | Dividend | J | T | | | | | |
| 81. Zoetis, Inc. | A | Dividend | J | T | | | | | |
| 82. Hingham Institue for Svg | A | Dividend | J | T | | | | | |
| 83. Core Molding Tech, Inc | A | Dividend | J | T | | | | | |
| 84. Hennessy Advisors inc | A | Dividend | J | T | | | | | |
| 85. Napco Security | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Big Lots Inc. | A | Dividend | J | T | | | | | |
| 87. Middleby Corp | A | Dividend | J | T | | | | | |
| 88. Hilliard Lyons Retirement Acct. | | | | | | | | | |
| 89. Washington Mutual Fund | A | Dividend | | | Distributed | 01/01/18 | J | | |
| 90. Wells Fargo (formerly Wachovia Securities) Brokerage Acct #1 | | | | | | | | | |
| 91. Invesco TR Water Res (formerly Powershares Water Resources) | A | Dividend | J | T | | | | | |
| 92. Wachovia Bank Deposit Sweep Option | A | Dividend | J | T | | | | | |
| 93. AAM Emergin Markets Dividend | A | Dividend | | | Redeemed | 09/10/18 | K | B | |
| 94. AAM Emerging Markets Div Portfolio Series 18-2q | A | Dividend | K | T | Buy | 09/07/18 | K | | |
| 95. Sanofi ADR | A | Dividend | | | Sold | 05/07/18 | J | C | |
| 96. First Trust Dow Targert 10 Jan 17 | C | Interest | | | Redeemed | 02/13/18 | M | C | |
| 97. First Trust Dow Target 10 Feb 18 | C | Interest | M | T | Buy | 02/12/18 | M | | |
| 98. guggenheim Dow jones Value Div | A | Dividend | | | Redeemed | 06/19/18 | K | B | |
| 99. Guggenheim Dow Jones Value Divided Focus Port Ser 33 | A | Dividend | K | T | Buy | 06/18/18 | K | | |
| 100. Owens Corning Inc | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 101. WELLS FARGO (FORMELRY WACHOVIA SECURITES) ACCT #3 | | | | | | | | | |
| 102. Bank Deposit Sweep | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Monmouth Real Estate Reit | A | Dividend | K | T | | | | | |
| 104. UMH Properties, Inc. | A | Dividend | J | T | | | | | |
| 105. Aberdeen Global Dynamic formerly known as (Alpine Global Dynamic) | A | Dividend | J | T | | | | | |
| 106. Medtronic, Inc. | A | Dividend | K | T | | | | | |
| 107. Merk & Co. Inc. | A | Dividend | K | T | | | | | |
| 108. Exxon Mobile | A | Dividend | J | T | | | | | |
| 109. BP Plc Spons ADR | A | Dividend | | | Sold | 05/07/18 | K | A | |
| 110. First Trust Dow Target | A | Interest | | | Redeemed | 01/11/18 | K | C | |
| 111. First Trust Dow Target DVD 1q 18 C | A | Interest | K | T | Buy | 01/10/18 | K | | |
| 112. DowDupont Inc | A | Dividend | J | T | Buy | 05/07/18 | K | | |
| 113. IShares ETF Global Infrastructure | A | Dividend | J | T | Buy | 05/07/18 | K | | |
| 114. Boeing Co | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 115. WELLS FARGO (FORMERLY WACHOVIA SECURITIES) BROKERAGE ACCT #4 | | | | | | | | | |
| 116. Gilat Satellite Networks | A | Dividend | J | T | | | | | |
| 117. Pfizer Incorporated | B | Dividend | K | T | | | | | |
| 118. Tetra Tech, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Verizon Communications | B | Dividend | K | T | | | | | |
| 120. Tekla Healthcare Investors | A | Dividend | | | Sold | 07/02/18 | J | B | |
| 121. Tekla Life Sciences | B | Dividend | | | Sold | 07/02/18 | J | A | |
| 122. IRA Bank Deposit Sweep | A | Interest | L | T | | | | | |
| 123. Frontier Communications, Corp | A | Dividend | J | T | | | | | |
| 124. Chevron | A | Dividend | K | T | | | | | |
| 125. Apple, Inc. | A | Dividend | K | T | | | | | |
| 126. First Trust Financial Select Port Series 62 | A | Int./Div. | K | T | | | | | |
| 127. Coca-Cola Company | A | Dividend | K | T | | | | | |
| 128. Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 129. International Business Machine Corp | A | Dividend | K | T | | | | | |
| 130. First Trust Dow Target DVD 4q | C | Interest | | | Redeemed | 01/11/18 | L | C | |
| 131. First Trust Dow Target DVD 1q 18 | C | Interest | L | T | Buy | 01/10/18 | L | | |
| 132. John Hancock Money Market | A | Interest | | | Sold | 05/07/18 | K | B | |
| 133. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 134. Ford Motor Co. | A | Dividend | | | Sold | 08/30/18 | J | A | |
| 135. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  Amazon Com Inc. | B | Dividend | K | T | | | | | |
| 137.  Merk & Co. Inc. | B | Dividend | K | T | | | | | |
| 138.  Outfront Media | A | Dividend | J | T | | | | | |
| 139.  Starbucks Corp | A | Dividend | J | T | | | | | |
| 140.  T-mobile Us Inc. | A | Dividend | J | T | | | | | |
| 141.  US Foods Holding Corp | A | Dividend | K | T | | | | | |
| 142.  First Trust Banking Opportunity Port Series 27 | A | Dividend | | | Redeemed | 12/19/18 | K | B | |
| 143.  Macquarie Infrastructure Corporation | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 144.  US Concrete Inc New | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 145.  Zayo GRP Holdings Inc | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 146.  AT & T Inc | A | Dividend | K | T | Buy | 05/17/18 | K | | |
| 147.  Salesforce.com | A | Dividend | K | T | Buy | 06/04/18 | K | | |
| 148.  Philip Morris International Inc | A | Dividend | K | T | Buy | 06/08/18 | K | | |
| 149.  Berkshire Hathaway Inc Series B | A | Dividend | K | T | Buy | 07/02/18 | K | | |
| 150.  Paypal Holdings Inc | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 151.  Guggenheim Blue Chip Growht Portfolio Series 20 | A | Dividend | K | T | Buy | 12/19/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. WELLS FARGO (FORMERLY WACHOVIA SECURITIES) BROKERAGE ACCT #5 | | | | | | | | | |
| 153. Bank Deposit Sweep | A | Dividend | K | T | | | | | |
| 154. Monmouth Real Estate | B | Dividend | K | T | | | | | |
| 155. UMH Properties, Inc. | A | Dividend | K | T | | | | | |
| 156. Verizon Communications | A | Dividend | J | T | | | | | |
| 157. First Trust Interest Rete hedge Portfolio Ser 110 | A | Dividend | L | T | | | | | |
| 158. First Trust Homebuilders Recovery Ser 17 | B | Dividend | | | Sold | 11/27/18 | L | | |
| 159. First Trust Capital strength Oppty Port Series 2 | B | Dividend | | | Redeemed | 12/19/18 | L | D | |
| 160. First Trust Energy Select Portfolio | A | Dividend | | | Redeemed | 08/07/18 | K | C | |
| 161. First Trust Energy Opportunity Portfolio Serise 2 cash | B | Dividend | K | T | Buy | 08/03/18 | K | | |
| 162. First Trust Dow Target 10 Dec 16 | B | Dividend | | | Redeemed | 01/11/18 | K | C | |
| 163. First Trust Dow Target 10 Jan 18 | B | Dividend | K | T | Buy | 01/11/18 | K | | |
| 164. Guggenheim Dow Jones Values Div Focus Portfolio Ser 23 | B | Dividend | | | Redeemed | 03/19/18 | K | C | |
| 165. Guggenheim Dow Jones Value Divided Focus Portfolio ser 32 C | B | Dividend | K | T | Buy | 03/20/18 | K | | |
| 166. First Trust Diversified Equity Start Alloc prt 2q 17 | B | Dividend | | | Redeemed | 07/18/18 | M | D | |
| 167. First Trust Diversified Equity Strat Allc. port 3q'18R | D | Dividend | M | T | Buy | 07/17/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. First Trust US Infrastructure Portfolio Series 13 Cash | B | Dividend | K | T | Buy | 02/01/18 | K | | |
| 169. Guggenheim Health Care Portfolio Series 25 cash | B | Dividend | K | T | Buy | 11/09/18 | K | | |
| 170. Guggenheim Technology Portfolio Ser 24 cash | B | Dividend | L | T | Buy | 11/27/18 | L | | |
| 171. Guggenheim Blue Chip Growth Portfolio Series 20 Cash | C | Dividend | L | T | Buy | 12/17/18 | L | | |
| 172. Regulus Advisors (formerly PRO CASH PLUS #1) | | | | | | | | | |
| 173. Federated Capital Reserves | A | Dividend | J | T | | | | | |
| 174. MFS Municipal Income Fund | A | Dividend | K | T | | | | | |
| 175. Vanguard Whitehall FDS High Dividend | B | Dividend | K | T | | | | | |
| 176. Wisdom Tree TR Div. Ex. Financials | B | Dividend | K | T | | | | | |
| 177. Altria Group Inc Com | B | Dividend | K | T | | | | | |
| 178. AT&T Inc. | A | Dividend | K | T | | | | | |
| 179. Select Spdr TR | A | Dividend | K | T | | | | | |
| 180. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 181. Verizon Communications | B | Dividend | K | T | | | | | |
| 182. Tax Exempt Bond Fund of America Class A | B | Dividend | L | T | | | | | |
| 183. Bristol Myers Squibb | A | Dividend | | | Sold | 11/14/18 | K | A | |
| 184. American Short Term Tax-Exempt Bond Fund | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. PNC Finl Svcs Group Inc Ser Q Non Cum | A | Dividend | J | T | | | | | |
| 186. Exelon Corp Com | A | Dividend | K | T | | | | | |
| 187. First TR Low Duration Opportunities ETF | A | Dividend | | | Sold | 09/17/18 | J | A | |
| 188. Select Sector SPDR TR Health Care | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 189. Smart TR Healthcare Innovations TR Ser 6 Unit | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 190. Constellation Brands Inc | A | Dividend | K | T | Buy | 11/14/18 | K | | |
| 191. Regulus Advisors (fromerly PRO CASH #2) | | | | | | | | | |
| 192. Ventas, Inc. | B | Dividend | K | T | | | | | |
| 193. Comcast Corp | A | Dividend | K | T | | | | | |
| 194. Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 195. General Electric Co. | A | Dividend | K | T | | | | | |
| 196. Seadrill limted Shs. | A | Dividend | J | T | Sold (part) | 07/05/18 | J | A | |
| 197. 3d Sys Corp | A | Dividend | J | T | | | | | |
| 198. Westport Fuel Systems Inc (formerly Westport Innovations, Inc.) | A | Dividend | J | T | | | | | |
| 199. Pershing Govt. Acct | A | Interest | J | T | | | | | |
| 200. Fireye Inc Com | A | Dividend | J | T | | | | | |
| 201. Dineequity Inc. | A | Dividend | | | Sold | 11/14/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 202. Small-Cap World Fund Class A | B | Dividend | | | Sold | 02/07/18 | L | D | |
| 203. Income Fund of America Class-A | C | Dividend | | | Sold | 02/07/18 | N | E | |
| 204. Boeing Co | A | Dividend | K | T | | | | | |
| 205. Select Sectro Spdr TR Technology | B | Dividend | K | T | | | | | |
| 206. VISA, Inc. | A | Dividend | | | Sold | 07/31/18 | K | C | |
| 207. ROBO Global Robotics and Automation Index ETF | A | Dividend | J | T | | | | | |
| 208. AT&T | A | Dividend | K | T | Buy (add'l) | 08/09/18 | K | | |
| 209. American Funds U.S. Government Money Market Fund | D | Dividend | M | T | Buy | 02/05/18 | N | | |
| 210. | | | | | Sold (part) | 08/09/18 | M | D | |
| 211. | | | | | Sold (part) | 10/10/18 | L | C | |
| 212. Walmart Inc | B | Dividend | L | T | Buy | 08/09/18 | L | | |
| 213. Washington Mutual Investors Fund Class A | C | Dividend | M | T | Buy | 08/09/18 | M | | |
| 214. Berkshire Hathaway Inc | A | Dividend | K | T | Buy | 06/08/18 | K | | |
| 215. Select Sector SPDR TR UTILS | B | Dividend | K | T | Buy | 06/10/18 | K | | |
| 216. Alexander Investment Services -1 | | | | | | | | | |
| 217. Insured Deposit Account | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 218. First Trust WTR ETF | A | Dividend | J | T | Buy | 01/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. Global X rbtcs artfl inte ETF | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 220. Vanguard Intl Dvd ETF | A | Dividend | | | Buy | 01/01/18 | K | | |
| 221. | | | | | Sold | 11/30/18 | K | A | |
| 222. Vanguard Intl High ETF | A | Dividend | | | Buy | 01/01/18 | K | | |
| 223. | | | | | Sold | 11/26/18 | J | A | |
| 224. Vanguard Short Term Treas ETF | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 225. Vanguard REIT ETF | A | Dividend | | | Buy | 01/01/18 | J | | |
| 226. | | | | | Sold | 11/30/18 | J | A | |
| 227. Vanguard Total Stk Mkt ETF | A | Dividend | | | Buy | 01/01/18 | K | | |
| 228. | | | | | Sold | 11/26/18 | K | B | |
| 229. Franklin Rising Dividends | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 230. Ivy Funds Science & Tech Fund Class I | A | Dividend | | | Buy | 01/01/18 | J | | |
| 231. | | | | | Sold | 11/27/18 | J | A | |
| 232. Pimco Fds Income Instl | B | Dividend | K | T | Buy | 01/01/18 | K | | |
| 233. Vanguard Wellington Admiral | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 234. 3m Co | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 235. Abbot Labs | A | Dividend | J | T | Buy | 01/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236.  Abbvie Inc | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 237.  Aqua America inc | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 238.  Boeing Co | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 239.  Chevron Corp | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 240.  Coca Cola Co | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 241. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 242.  Cummins Inc | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 243.  Dr Pepper Snapple Group Inc | A | Dividend | | | Buy | 01/01/18 | J | | |
| 244. | | | | | Sold | 11/26/18 | J | A | |
| 245.  General Electric Co | A | Dividend | | | Buy | 01/01/18 | J | | |
| 246. | | | | | Sold | 11/26/18 | J | A | |
| 247.  International Paper Co | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 248.  Intl Business Machines | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 249.  Kraft Heinz Co | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 250.  Nvidia Corp | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 251.  Procter Gamble Co | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 252. | | | | | Buy (add'l) | 11/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. Ventas Inc | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 254. RBS Ctzns NA Providence RI CD | A | Interest | J | T | Buy | 08/21/18 | J | | |
| 255. BB&T Corporation | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 256. Ishares Short Treas BD ETF | A | Dividend | K | T | Buy | 11/28/18 | K | | |
| 257. Vanguard Div App ETF | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 258. Alexander Investment Services - 2 | | | | | | | | | |
| 259. Insured Deposit Account | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 260. Vanguard Intl Dvd ETF | A | Dividend | | | Buy | 01/01/18 | J | | |
| 261. | | | | | Sold | 11/26/18 | J | A | |
| 262. Vanguard Short Term Treas ETF | A | Dividend | | | Buy | 01/01/18 | J | | |
| 263. | | | | | Sold | 11/26/18 | J | A | |
| 264. Vanguard Sm Cp Val ETF | A | Dividend | | | Buy | 01/01/18 | J | | |
| 265. | | | | | Sold | 11/26/18 | J | A | |
| 266. Fidelity Advisor New Insights A | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 267. Franklin Rising Dividends A | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 268. Ivy Balanced I | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 269. Ivy Balanced A | A | Dividend | | | Buy | 01/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 270. | | | | | Sold | 11/27/18 | J | A | |
| 271. Mutual Fund Ser Tr Eventide Gilead A | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 272. Pimco FDS Income FD CL A | A | Dividend | | | Buy | 01/01/18 | J | | |
| 273. | | | | | Sold | 11/26/18 | J | A | |
| 274. Templeton Global Total Return Fund A | A | Dividend | | | Buy | 01/01/18 | J | | |
| 275. | | | | | Sold | 11/26/18 | J | A | |
| 276. Ishares Short Treas BD ETF | A | Dividend | J | T | Buy | 11/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 07/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas H. Fulton,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544